1056

[No. 16586-8-III.    Division Three.    July 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH BARRY
ROBERTS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00223-5, Evan E. Sperline, J., entered
March 18, 1997. *Reversed* by unpublished opinion per Kato,
J., concurred in by Sweeney and Brown, JJ.

[No. 16668-6-III.    Division Three.    July 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEROY
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for
Stevens County, No. 97-1-00020-8, Rebecca M. Baker, J.,
entered May 23, 1997. *Affirmed in part* and *reversed in
part* by unpublished opinion per Brown, J., concurred in by
Schultheis, C.J., and Sweeney, J.

[Nos. 17123-0-III; 17842-1-III.    Division Three.    July 27, 1999.]

*In the Matter of the Marriage of* MICHAEL S. COOK,
*Appellant*, and LESLIE A. COOK, *Respondent*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 93-3-01707-1, Michael E. Donohue
and Paul A. Bastine, JJ., entered December 5, 1997 and
September 4, 1998. *Affirmed* by unpublished opinion per
Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 16623-6-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FLORENTINO
CASTIO FERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Dou-
glas County, No. 96-1-00113-2, Ted W. Small, J., entered
April 29, 1997. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Schultheis, C.J., and Kurtz, J.